| | |
|---|---|
| 1  JOSHUA E. KIRSCH (179110)<br>    jkirsch@gibsonrobb.com<br>2  JENNIFER T. SANCHEZ (191548)<br>    jsanchez@gibsonrobb.com<br>3  MARISA G. HUBER (254171)<br>    mhuber@gibsonrobb.com<br>4  GIBSON ROBB & LINDH LLP<br>    201 Mission Street, Suite 2700<br>5  San Francisco, California 94105<br>    Telephone:  (415) 348-6000<br>6  Facsimile:    (415) 348-6001 | **FILED**<br><br>JAN 3 0 2013<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |

7  Attorneys for Plaintiffs
    LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LG ELECTRONICS U.S.A., INC. and LG )    Case No. **CV 14 0447 SC**
ELECTRONICS, INC., )
 )   **WARRANT FOR ARREST**
        Plaintiffs, )   *IN REM*
 )
    v. )
 )
M/V STADT FREIBURG, its engines, )
tackle and apparel, *in rem*; STADT )
FREIBURG T&H SCHIFFAHRTS GMBH )
& CO KG, *in personam*; EVERGREEN )
MARINE CORP., *in personam*; and )
HANJIN SHIPPING CO., LTD., *in* )
*personam*, )
 )
        Defendants. )
_____ )

TO THE UNITED STATES MARSHAL

FOR THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

    The complaint in the above-styled *in rem* proceeding was filed in this Court on January 30, 2014.

    In accordance with FRCP Supplemental Rule C, you are directed both to arrest the defendant vessel, the *M/V STADT FREIBURG*, her tackle, apparel, furniture, engines and appurtenances, should you find her within this district, and to detain her in your custody pending further order of the court.

---

WARRANT FOR ARREST *IN REM*, L.A.R. C2(a)
Case No. _____; Our File No. 5475.56

1   You must also give notice of the arrest to all persons upon whom notice is required by
2   FRCP Supplemental Rule C(4), as designated below by the Plaintiffs and the practices of your
3   office.

WITNESS THE HONORABLE
Judge of said Court,
in said District, this 30 day of January, 2014.

*Samuel Conti*

BY: _____

Deputy Clerk   **ALFRED AMISTOSO**

NOTE: This process is issued pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.