1  JOSHUA E. KIRSCH (179110)
   jkirsch@gibsonrobb.com
2  JENNIFER T. SANCHEZ (191548)
   jsanchez@gibsonrobb.com
3  MARISA G. HUBER (254171)
   mhuber@gibsonrobb.com
4  GIBSON ROBB & LINDH LLP
   201 Mission Street, Suite 2700
5  San Francisco, California 94105
   Telephone:  (415) 348-6000
6  Facsimile:  (415) 348-6001

7  Attorneys for Plaintiffs
   LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC.
8

**SC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> M/V STADT FREIBURG, its engines, tackle and apparel, *in rem*; STADT FREIBURG T&H SCHIFFAHRTS GMBH & CO KG, *in personam*; EVERGREEN MARINE CORP., *in personam*; and HANJIN SHIPPING CO., LTD., *in personam*, <br><br> Defendants. | Case No. **CV 14 0447** <br><br> **MEMORANDUM SUPPORTING MOTION FOR ISSUE OF WARRANT FOR ARREST OF VESSEL *IN REM*** |

Plaintiffs LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC. (hereinafter collectively "LG") have applied pursuant to Supplemental Federal Admiralty and Maritime Rule C for this Court to issue a warrant of arrest *in rem* for the *M/V STADT FREIBURG* ("Vessel"), its engines, tackle, and apparel. This Court is now requested to grant the application.

As detailed in the Verified Complaint, Plaintiffs have a valid maritime lien against the Vessel, for loss and/or damage arising out of a maritime tort when at least forty-eight (48)

containers containing at least fourteen-thousand-eight-hundred-forty-three (14,843) cartons of LG's electronics and appliances were lost at sea and/or damaged during shipment onboard the Vessel.

The United States Commercial Instruments and Maritime Lien Act provides in pertinent part as follows:

> 46 USC § 31301 - Definitions
> In this chapter-
> . . .
> (5) "preferred maritime lien" means a maritime lien on a vessel –
> . . .
>     (B) for damage arising out of a maritime tort.

Claims against a ship as a common carrier for damage to or loss of cargo are "preferred maritime liens" "for damages arising out of tort" pursuant to 46 USC § 31301. *See, e.g.*, Oriente Commercial, Inc. v. Am. Flag Vessel, M/V Floridian, 529 F.2d 221, 221 (4th Cir. 1975) (citing 46 USC § 953(a) as prior numeration of 46 USC § 31301); *see also* Albany Ins. Co. v. M.V. Istrian Exp., 61 F.3d 709, 710 (9th Cir. 1995)

Rule C(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that an action *in rem* may be brought "to enforce any maritime lien," or "[w]henever a statute of the United States provides for a maritime action in rem or proceeding analogous thereto." Rule C(3)9a)(ii)(A) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that where a maritime lien is sought to be enforced by an action *in rem*, the Court must review the complaint and any supporting papers. If the conditions for an *in rem* action appear to exist, the court must issue an order directing the clerk to issue a warrant for the arrest of the vessel or other property that is the subject of the action.

The conditions for an *in rem* action against the Vessel having been met, and the grounds for the issuance of a warrant of arrest having been established, Plaintiffs respectfully requests that an Order be entered directing the clerk of the Court to issue a warrant for the arrest of the Vessel.

///

///

MEMORANDUM SUPPORTING MOTION FOR ISSUE OF WARRANT FOR ARREST OF VESSEL *IN REM*
Case No. _____; Our File No. 5475.56

- 2 -

1     Plaintiffs, therefore, pray that this Court enter an Order in the form herewith directing the
2  Clerk of the Court to issue a warrant for the arrest of the Vessel and to deliver said warrant to the
3  United States Marshal for execution, and all other relief that justice and equity allow.
4
5  Dated: January 29, 2014                    GIBSON ROBB & LINDH LLP
6
7                                              _____
                                                Joshua E. Kirsch
8                                               jkirsch@gibsonrobb.com
                                                Attorneys for Plaintiffs
9                                               LG ELECTRONICS U.S.A., INC. and
                                                LG ELECTRONICS, INC.