JOSHUA E. KIRSCH  (179110)
jkirsch@gibsonrobb.com
JENNIFER TOMLIN SANCHEZ (191548)
jsanchez@gibsonrobb.com
MARISA G. HUBER  (254171)
mhuber@gibsonrobb.com
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California  94105
Telephone:     (415) 348-6000
Facsimile:      (415) 348-6001

Attorneys for Plaintiffs
LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>M/V STADT FREIBURG, its engines, tackle and apparel, *in rem*; STADT FREIBURG T&H SCHIFFAHRTS GMBH & CO KG, *in personam*; EVERGREEN MARINE CORP., *in personam*; and HANJIN SHIPPING CO., LTD., *in personam*,<br><br>　　　　Defendants. | Case No. CV-14-0447 (SC)<br><br>[~~PROPOSED~~] **ORDER GRANTING FRCP 30(a)(2)(A)(3) *EX PARTE* REQUEST FOR LEAVE TO TAKE DEPOSITIONS, DEMAND DOCUMENTS IMMEDIATELY, AND PRESERVE ITEMS**<br><br>**DATE:**　**Earliest Date Available (January 31, 2014)**<br>**TIME:**　10:00 a.m.<br>**CTRM:**　1, 17th Floor<br>**JUDGE:**　Hon. Samuel Conti<br><br>Complaint Filed: January 30, 2014 |

　　　Plaintiff LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC.("LG ELECTRONICS") *Ex Parte* Request For Leave to Take Depositions and Demand Documents Immediately came on hearing January 31, 2014.  Jennifer Tomlin Sanchez appeared on behalf of Plaintiff LG ELECTRONICS.

　　　Based upon the materials filed with the Court and the argument of counsel at the hearing, and good cause therefor,

/ / /

1  IT IS HEREBY ORDERED that LG ELECTRONICS's request is granted as follows:

2      1.    The Court orders that Defendants M/V STADT FREIBURG, STADT

3  FREIBURG T&H SCHIFFAHRTS GMBH & CO KG, EVERGREEN MARINE CORP. and

4  HANJIN SHIPPING CO., LTD. (collectively referred to as "Defendants") shall preserve the

5  items listed in **"Exhibit A"**, attached hereto, aboard the M/V STADT FREIBURG in its most

6  recent voyage, voyage number 1005 E.

7      2.    It is further ordered that Defendants shall not alter and/or repair these items listed

8  in Exhibit A until Plaintiffs have had an opportunity to inspect the items.

9      3.    It is also ordered that defendants shall provide Plaintiffs with the current location

10 and exact address of the items listed in Exhibit A.

11     4.    Furthermore, the Defendants shall produce the following officers and crew for

12 deposition as follows, all aboard the vessel at Oakland:

| | |
|---|---|
| Name: | The Master, Chief Mate, Second Mate, Third Mate, Bosun, and Cook aboard the M/V STADT FREIBURG during its current voyage, or if any has departed the vessel's service, his current successor |
| Dates and Times: | Master: February 1, 2014 at 9:00 a.m.<br>Chief Mate: February 1, 2014 at 1:00 p.m.<br>Second Mate: February 1, 2014 at 4:00 p.m.<br>Third Mate: February 1, 2014 at 6:00 p.m.<br>Bosun: February 1, 2014 at 8:00 p.m.<br>Cook: February 1, 2014 at 10:00 p.m. |
| Place: | Aboard the M/V STADT FREIBURG<br>Port of Oakland<br>Oakland, CA |

    5.    Finally, Defendants are ordered to produce to Plaintiffs Counsel, the documents listed in Exhibit A prior to the deposition.

**IT IS SO ORDERED.**

Dated: January ___31___, 2014

_____
Hon. Samuel Conti
United States District Judge

---

[PROPOSED] ORDER GRANTING FRCP 30(a)(2)(A)(3) EX PARTE REQUEST FOR LEAVE TO TAKE
DEPOSITIONS DEMAND DOCUMENTS IMMEDIATELY, AND PRESERVE ITEMS
Case No. CV-14-0447 (SC); Our File No. 5475.56     - 2 -