EXHIBIT A

# EXHIBIT A

## LIST OF ITEMS TO BE PRESERVED

### I. PHYSICAL EVIDENCE

1. All lashing materials.

2. All items removed by or at the behest of the vessel's surveyors or other representatives relating to the security of cargo.

### II. DOCUMENTS

1. Vessel deck logs (including copies of the rough and smooth) logs for voyage starting with the last day of the prior voyage through today.

2. Logs for mate on duty at time container went overboard.

3. Engine room logs.

4. Ballast/deballast log.

5. Crew list for voyage.

6. Stow plan(s) for cargo on board vessel at item of incident, including any updates or communications about updates to stow plan during transit.

7. Stowage profile.

8. Records of weight of containers on ship at time of incident.

9. Lashing plan(s) cargo on board vessel at item of incident, including any updates or communications about updates to stow plan during transit.

10. Lashing guides applicable for vessel, including but not limited to guides applicable for specific voyage when incident occurred.

11. Stability calculations and detail sheets on vessel's departure from last port where cargo was loaded before the incident.

12. Manual and computerized calculation sheets for the stability of the vessel during the voyage.

13. Stability calculations and stress sheets after deballasting.

14. Deck maintenance log for voyage and for preceding voyage.

15. Chief mates' cargo letters for voyage.

16. Deck /Bilge Sounding Log Book.

17. All of any ballasting restrictions placed on the ship or her crew;
18. Shipyard's final drawings of container fittings.

19. All lashing guides applicable for the ship and voyage.

20. All Classification Society requirements for approved lashings (including all Twist locks and container locking devices/lashing bars).

21. All records regarding the weight of any containers carried or to be carried aboard the ship,

22. All surveys relating to discharge of the vessel, loss of containers and restowage of containers for subject voyage.

23. Departure Condition and Stability Calculations.

24. All records relating to metacentric height (GM) calculations.

25. Stress Calculations (Computer Printouts or Lodicator /similar records).

26. A list of all computerized voyage records (and a disk copy of those records).

27. All documentation re maximum stress loads for the container securing devices used aboard the ship.

28. Stress meters or other stress indicator records.

29. Adverse weather checklist.

30. All routing instructions and communications received by or used by the vessel, before commencement of and during the voyage, including all deviations from the scheduled ports of call and updates.

31. Weather reports/ forecasts obtained prior to departure and during voyage.

32. Weather maps.

33. All national and international weather service publications received by the vessel any time during or preparation for the subject prior to the loss of the container(s).

34. All on-board routing solutions considered or generated by the vessel.

35. Voyage Routing Service messages (Outgoing and Incoming).

36. The ECTIS or Electronic Chart Record of Passage.

37. Vessel's daily noon position during voyage.

38. Copies of Course recorder.

39. Rudder angle and movement log.

40. Engine speed log, including all digital recordings of same.

41. All documentation, calculations and communications to the vessel relating to her required or requested speed of travel anytime during the subject voyage.

42. All documentation relating to the scheduled and actual time and dates of departure from last loading port for subject voyage prior to sailing for California.

43. Copies of all Ship/Shore communications including vessel owners/operators/charterers.

44. All records of reporting to any governmental agency relating to the loss of containers while in route.

45. Copies of Vessels Officer/Crew Statements and all incident reports for the lost container(s).

46. Statements issued by Ship Officers/crew to any governmental authority.

47. USCG Incident Report/recommendations.

48. Classification Society and Surveyors reports referring or relating in any way to the incident or the subject voyage.

49. Statement of Facts by vessel or local agents in Claifornia.

50. Master's Note of Protest.

51. Records of repairs made to deck fittings during the voyage and for the year before the voyage.

52. Container lashing manuals.

53. Records of lashing inspection reports.

54. Discharge survey for the subject voyage.