```
 1 │ MICHAEL L. SWAIN (133260)
   │ ROSS I. LANDAU (259260)
 2 │ SWAIN & DIPOLITO LLP
   │ 555 East Ocean Boulevard, Suite 600
 3 │ Long Beach, California 90802
   │ Telephone:  (562) 983-7833
 4 │ Facsimile:  (562) 983-7835
   │ E-mail: mswain@swaindipolito.com
 5 │         rlandau@swaindipolito.com
   │
 6 │ Attorneys for Defendant,
   │ HANJIN SHIPPING CO., LTD.
 7 │
 8 │              UNITED STATES DISTRICT COURT
 9 │              NORTHERN DISTRICT OF CALIFORNIA
10 │
11 │ LG ELECTRONICS U.S.A., INC. and LG )   IN ADMIRALTY
   │ ELECTRONICS, INC.,                 )
12 │                                    )   Case No. CV 14-0447 SC
   │              Plaintiffs,           )
13 │                                    )   Honorable Samuel Conti
   │    vs.                             )
14 │                                    )   [PROPOSED] ORDER
   │ M/V STADT FREIBURG, its engines,   )   TRANSFERRING ACTION TO
15 │ tackle and apparel, in rem; STADT  )   THE CENTRAL DISTRICT OF
   │ FREIBURG T&H SCHIFFAHRTS GMBH & CO )   CALIFORNIA
16 │ KG, in personam; EVERGREEN MARINE  )
   │ CORP., in personam; and HANJIN     )   [28 U.S.C. §1404(a)]
17 │ SHIPPING CO., LTD., in personam,   )
   │                                    )
18 │              Defendants.           )
   │ _____)
19 │
20 │
21 │      Having reviewed the parties' STIPULATION FOR TRANSFER OF
22 │ ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA pursuant to 28
23 │ U.S.C. §1404(a), and good cause appearing therefor:
24 │
25 │
26 │ ///
27 │ ///
28 │ ///
```

- 1 -

1  IT IS ORDERED that the above-entitled action be and is
2  hereby transferred in its entirety from this Court to the United
3  States District Court for the Central District of California.
4
5
6  DATED: __04/02/2014__                    _____
7                                           HON. SAMUEL CONTI
                                             U.S. DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28